

**C. Neil Gray**
Direct Phone: +1 212 231 2652
Email: cgray@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 5, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 3/6/2020

**VIA ECF**

The Hon. Vernon S. Broderick
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   *DHIP, LLC v. Fifth Third Bank*, Case No. 19-cv-02087 (VSB)**

Dear Judge Broderick:

We represent Defendant Fifth Third Bank ("Fifth Third") in the above-referenced matter, and write jointly with the consent of Plaintiff's counsel, to respectfully request (1) permission for Defendant to file a 50-page memorandum of law for its summary judgment motion and for Plaintiff to file a 30-page memorandum of law; and (2) permission to move the filing deadline for our summary judgment motion from March 12, 2020, to March 18, 2020.

First, the page extension is needed because this summary judgment motion involves an extensive documentary record including thousands of pages of email and more than ten depositions, which must be summarized and analyzed in the summary judgment briefing. In the prior related action, Case No. 13-09078, Fifth Third filed a summary judgment motion, and that motion was approximately 50 pages too.

Second, because of the extensive record, the parties seek a short extension of the filing deadline for the summary judgment motion, from March 12 to March 18, 2020. The requested extension would not affect the opposition or reply dates.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ C. Neil Gray

ABU DHABI • ATHENS • AUSTIN • BEIJING • BRUSSELS • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG
HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON
RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON