# DUNNING RIEVMAN & DAVIES LLP
### ATTORNEYS AT LAW

JOSHUA D. RIEVMAN
jrievman@drdllplaw.com
646-435-0027

April 27, 2020

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 4/28/2020

           DHIP, LLC v. Fifth Third Bank, 19 CV 2087

Dear Judge Broderick,

    We are counsel to plaintiff DHIP, LLC ("DHIP"), in the above-referenced matter and write jointly with the consent of Defendant's counsel, to respectfully request (1) permission for Defendant to file a 30-page memorandum of law in opposition to Plaintiff's summary judgment motion and for Plaintiff to file a 50-page memorandum of law.

    These enlargements are necessary because of the amount of discovery materials and the number and complexity of the issues, which caused both parties to seek enlargements to 50 pages for the memoranda in support of the parties' motions, which the Court granted.

    .

                                                                 Respectfully Submitted,

                                                                 Joshua D. Rievman

Copy: C. Neil Gray, Esq.
        Samuel Kadosh, Esq.