

**C. Neil Gray**
Direct Phone: +1 212 231 2652
Email: cgray@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 19, 2020

<u>**VIA ECF**</u>

The Hon. Vernon S. Broderick
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *DHIP, LLC v. Fifth Third Bank*, **Case No. 19-cv-02087 (VSB)**

Dear Judge Broderick:

We represent Defendant Fifth Third Bank ("Fifth Third") in the above-referenced matter, and write jointly with Plaintiff's counsel, to respectfully request permission for both parties to file reply briefs of up to 15 pages in connection with their respective motions for summary judgment, which are due on May 21, 2020.

These enlargements are necessary because of the amount of discovery materials and the number and complexity of the issues, which caused both parties to seek and receive enlargements to 50 pages for their moving briefs, and 30 to 50 pages for their opposition briefs.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ C. Neil Gray