

**C. Neil Gray**
Direct Phone:  +1 212 231 2652
Email: cgray@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 21, 2020

<u>**VIA ECF**</u>

The Hon. Vernon S. Broderick
United States District Court
for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   ***DHIP, LLC v. Fifth Third Bank*, Case No. 19-cv-02087 (VSB)**

Dear Judge Broderick:

We represent Defendant Fifth Third Bank ("Fifth Third") in the above-referenced matter, and write pursuant to the Court's Individual Rule 4.J to request oral argument on the motions for summary judgment filed by Fifth Third and Plaintiff DHIP, LLC.

Oral argument is requested because this case presents complex legal issues about the interactions between a bank and a potential borrower.  The record on summary judgment is extensive, and we believe that oral argument will assist the Court in working through the many issues presented by this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ C. Neil Gray