UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DHIP, LLC,

                Plaintiff,                      19 **CIVIL** 2087 (VSB)

       -against-                        **JUDGMENT**

FIFTH THIRD BANK,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2021, Defendant's motion for summary judgment, (Doc. 37), is GRANTED. The other pending motions in this action are DENIED as moot. Judgment is entered for Defendant Fifth Third; accordingly, this case is closed.

**Dated:**  New York, New York
          September 30, 2021

                                                      **RUBY J. KRAJICK**
                                                           Clerk of Court
                                        **BY:**
                                                            Deputy Clerk